AO 120 (Rev.3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br>08CV232 JAH RBB | DATE FILED<br>02/05/2008 | U.S. DISTRICT COURT<br>Southern District of California |
|---|---|---|
| PLAINTIFF<br>JENS ERICK SORENSEN, AS TRUSTEE OF SORENSEN RESEARCH AND DEVELOPMENT TRUST | | DEFENDANT<br>ALLTRADE TOOLS LLC, ET AL. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1   4,935,184 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|