# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>                 Plaintiff,<br>vs.<br><br>INFORMATICS, INC.<br><br>                 Defendant. | CASE NO. 08CV134 BTM (CAB)<br>NO. 08CV232<br>NO. 08CV304<br>NO. 08CV307<br>NO. 08CV559<br><br>ORDER STAYING RESOLUTION OF MOTIONS |

and related cases.
_____

     The Court stays resolution of all pending motions in the above cases until the Court resolves the issue of whether these cases shall be stayed. Neither party shall file any further briefing on pending motions until notified otherwise.

IT IS SO ORDERED.

DATED: April 25, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge