JOHN V. HANLEY (State Bar No. 162,851)
jhanley@steptoe.com
DOUGLAS R. PETERSON (State Bar No. 215,949)
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:(310) 734-3200
Facsimile: (310) 734-3300

Attorneys for Defendant and Counterclaimant
ALLTRADE TOOLS LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ALLTRADE TOOLS LLC, a California Corporation; and DOES 1-100,<br><br>Defendants. | Case No.: 08-CV-232 BTM (CAB)<br><br>**NOTICE OF APPEARANCE OF JOHN V. HANLEY AS LEAD COUNSEL FOR DEFENDANT** |

1

NOTICE OF APPEARANCE OF JOHN V. HANLEY
AS LEAD COUNSEL FOR DEFENDANT
CASE NO. 08-CV-232 BTM (CAB)

Doc. # CC-185942 v.1

1 TO THE CLERK OF COURT AND TO ALL PARTIES:

2     PLEASE TAKE NOTICE that John V. Hanley herewith appears as Lead Counsel

3 for Defendant Alltrade Tools LLC.

5 Dated: June 17, 2008                             Respectfully submitted,

By:  /s/ John V. Hanley
      JOHN V. HANLEY
      DOUGLAS R. PETERSON
      Steptoe & Johnson LLP
      2121 Avenue of the Stars
      Suite 2800
      Los Angeles, CA 90067-5052
      (310) 734-3200 telephone
      (310) 734-3300 facsimile
      jhanley@steptoe.com
      dpeterson@steptoe.com

Attorneys for Defendant and Counterclaimant
ALLTRADE TOOLS LLC

2

NOTICE OF APPEARANCE OF JOHN V. HANLEY
AS LEAD COUNSEL FOR DEFENDANT
CASE NO. 08-CV-232 BTM (CAB)

Doc. # CC-185942 v.1

# PROOF OF SERVICE

The undersigned hereby certifies that on June 17, 2008, the foregoing NOTICE OF APPEARANCE OF JOHN V. HANLEY AS LEAD COUNSEL FOR DEFENDANT was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (SBN 158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, CA  92121
Phone:  (858) 362-3151
Fax:  (858) 824-9073
michael@kalerlaw.com

Melody A. Kramer (SBN 169984)
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, CA  92121
Phone:  (858) 362-3150
Fax:  (858) 824-9073
mak@kramerlawip.com

The undersigned certifies that all parties in this case are represented by counsel who are CM/ECF participants.

                                        /s/ John V. Hanley
                                  Attorneys for Alltrade Tools LLC

Doc. # CC-185942 v.1