# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>                           Plaintiff,<br>vs.<br>ALLTRADE TOOLS LLC,<br><br>                          Defendant. | CASE NO. 08cv232 BTM (CAB)<br>NO. 08cv559<br><br>ORDER TO SHOW CAUSE |
| JENS ERIK SORENSEN,<br><br>                           Plaintiff,<br>vs.<br>DMS HOLDINGS INC.,<br><br>                          Defendant. | |

The Court orders the parties to show cause why the above cases should not be stayed pending patent reexamination. Plaintiff shall file responses to this order to show cause by August 29, 2008. Defendants may reply by September 5, 2008.

IT IS SO ORDERED.

DATED: August 19, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge

1

07CV2278

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28